IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )           4:09CR3035
                Plaintiff,      )
                                )
        vs.                     )           ORDER
                                )
RONALD D. ROYER, JR.,           )
                                )
                Defendant.      )


        The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.   After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

        **IT THEREFORE HEREBY IS ORDERED** that Gregory C. Damman is appointed as attorney of record for the above-named defendant.

        **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

        **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

        DATED March 26, 2009.

                                BY THE COURT

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge