IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3035 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RONALD D. ROYER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The government's motion to continue (filing 23) is granted.

(2)  Defendant Royer's sentencing is continued to Thursday, September 24, 2009, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

August 11, 2009.              BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge