IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | 4:09CR3035 |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | |
| ) | **ORDER** |
| RONALD D. ROYER, JR.,        ) | |
| ) | |
| Defendant.        ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that the defendant's two-hour evidentiary hearing and sentencing has been rescheduled before the undersigned United States district judge to February 10, 2010, from 1:30-3:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

Dated January 21, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge